UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON EVERFIELD,<br>    *Plaintiff* | CIVIL ACTION NO. 3:21-CV-03337 |
| V. | |
| ARTHRITIS CLINIC & LAB INC.,<br>    *Defendant* | JUDGE TERRY A. DOUGHTY<br>MAG JUDGE KAYLA D. MCCLUSKY |

**NOTICE OF AMENDED COMPLAINT**
**AS A MATTER OF COURSE PURSUANT TO FED. R. CIV. P. 15(a)(1)**

**COMES NOW**, Plaintiff, Shannon Everfield, who gives notice, pursuant to Federal Rule of Civil Procedure 15 (a) (1), and before any responsive pleading has been served, for leave to file her First Amended Complaint. Plaintiff's original complaint referred to Defendant, by its previous name of "Arthritis Clinic & Lab Inc." Plaintiff has since learned that Defendant's incorporated name is "The Arthritis and Diabetes Clinic, Inc." Accordingly, Plaintiff respectfully gives notice of her First Amended Complaint, concurrently filed with this Notice.

Dated: **December 15, 2021**

                                    **RESPECTFULLY SUBMITTED:**

                                    **STUART H. SMITH LAW CLINIC AND**
                                    **CENTER FOR SOCIAL JUSTICE**

                                    */s/ Andrea M. Agee*
                                    Andrea M. Agee, LSBN 34887
                                    Luz M. Molina, LSBN 09539
                                    7214 St. Charles Ave., Box 902
                                    New Orleans, LA 70118
                                    Telephone: (504) 861-5501
                                    Facsimile: (504) 861-5532
                                    amagee@loyno.edu
                                    molina@loyno.edu